In re Murphy Oil, U.S.A. Inc. et al.; Cambre, J.T. individually & as Plant Manager Murphy Oil U.S.A. Mereaux; Hutson, R.E. individually & Capacity Environmental Manager Murphy Oil U.S.A. Inc. Mer-aux Plant; Meraux Plant, Murphy Oil U.S.A. Inc.; — Defendants; Applying for Writ of Certiorari and/or Review, Parish of St. Bernard, 34th Judicial District Court Div. B, No. 63-915; to the Court of Appeal, Fourth Circuit, No. 2000-CA-0772.
Denied.
VICTORY, J., would grant the writ.
TRAYLOR, J., would grant the writ.